# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 17-3541

———————————————

United States of America

*Plaintiff - Appellee*

v.

Magali Marroquin, also known as Tiffany

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

——————————

Submitted: December 7, 2018
Filed: December 14, 2018
[Unpublished]

——————————

Before COLLOTON, GRUENDER, and SHEPHERD, Circuit Judges.

——————————

PER CURIAM.

Magali Marroquin directly appeals the sentence the district court[1] imposed after she pleaded guilty to identity-theft offenses. Her counsel has moved to withdraw and

---

[1]The Honorable Linda R. Reade, United States District Judge for the Northern District of Iowa.

has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable. Marroquin has not filed a pro se brief.

Upon careful review, we conclude that Marroquin's sentence is not unreasonable. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461 (8th Cir. 2009) (en banc) (reviewing sentence under deferential abuse-of-discretion standard); <u>United States v. Magnum</u>, 625 F.3d 466, 469-70 (8th Cir. 2010) (holding that upward variance was reasonable where court made individualized assessment of 18 U.S.C. § 3553(a) factors based on facts presented and considered defendant's proffered information); <u>United States v. Lewis</u>, 593 F.3d 765, 773 (8th Cir. 2010) (holding denial of downward variance was substantively reasonable, as court considered arguments for downward variance and exercised its discretion in rejecting them). Having independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), we find no nonfrivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and affirm.

_____